**Opinion issued December 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-14-00655-CV**

————————————

**AUSTIN INDUSTRIAL SERVICES, L.P., Appellant**

**V.**

**JOSE E. PEREZ, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-71273**

---

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.